## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN E. DELACK             : CHAPTER 13
        Debtor(s)             :
                                     :

CHARLES J. DEHART, III    :
STANDING CHAPTER 13 TRUSTEE   :
        Movant             :
                                       :

        vs.                     :
                                       :

JOHN E. DELACK             :
        Respondent(s)      : CASE NO.   1-19-bk-01223

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

AND NOW, this   5th   day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a.   Double support ($495.00/month – Schedule I, Line 5f
         and Schedule J, Line 18)

2.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a.   Domestic support information.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.   Deny confirmation of debtor(s) plan.
    b.   Dismiss or convert debtor(s) case.
    c.   Provide such other relief as is equitable and just.

Respectfully submitted:

<u>/s/Charles J. DeHart, III</u>
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this  5th  day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                                /s/Deborah A. Behney        
                                Office of Charles J. DeHart, III
                                Standing Chapter 13 Trustee