IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| VITO PIZZO | : | |
| | : | CASE NO. 5:20-bk-02417-RNO |
| DEBTOR | : | |

**CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S THIRD MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND OTHER DOCUMENTS**

Please withdraw the United States Trustee's objection to the Debtor's Third Motion to Extend Time filed on September 30, 2020, at Docket Entry Number 23. **Debtor's counsel concurs in the withdrawal of the objection.**

                                                Respectfully submitted,

                                                ANDREW R. VARA
                                                UNITED STATES TRUSTEE
                                                REGIONS 3 and 9

                                                D. Troy Sellars
                                                Assistant United States Trustee

                                                By: _/s/ Joseph P. Schalk_
                                                Joseph P. Schalk, Esq.
                                                PA ID 91656
                                                Office of the United States Trustee
                                                228 Walnut Street, Suite 1190
                                                Harrisburg, PA 17101
                                                Tel.: (717) 221-4533/ Fax: (717) 221-4554
                                                Email: Joseph.Schalk@usdoj.gov

Dated: October 27, 2020