```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                      Case No. 19-01223-HWV
John E. DeLack                                              Chapter 13
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke         Page 1 of 2         Date Rcvd: Apr 09, 2020
                            Form ID: ordsmiss       Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
```
db             #+John E. DeLack,    29 E. Main St.,    Apt. A,    Shiremanstown, PA 17011-6419
5177491         +American Water,    852 Wesley Drive,    Mechanicsburg, PA 17055-4475
5177509         +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5177493         +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5177496         +Hoffman Funeral Home and Crematory,    2020 W Trindle Rd,    Carlisle, PA 17013-2604
5188600        ++LCI,   PO BOX 1931,    BURLINGAME CA 94011-1931
                (address filed with court: COMCAST,     PO BOX 1931,    Burlingame, CA 94011)
5177511         +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                 Harrisburg, PA 17120-0001
5249120          Office of Unemployment Comp. Benefits Policy,    Dept. of L&I, Off. of Chief Counsel,
                 651 Boas St, Harrisburg, PA 17121
5177502          PPL Electric,    Attn: Bankruptcy,    827 Hausman Road,    Allentown, PA 18104-9392
5177500         +PennDot,   Restoration Services,    PO Box 68693,    Harrisburg, PA 17106-8693
5177512         +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5177506          UPMC Pinnacle,    PO Box 826813,    Philadelphia, PA 19182-6813
5177514          United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
5177507         +Valley Storage,    833 W Siddonsburg Rd,    Dillsburg, PA 17019-9320
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5177490          E-mail/Text: bk@afsacceptance.com Apr 09 2020 19:53:52      AFS Acceptance,    Attn: Bankruptcy,
                 1475 W Cypress Rd, Ste 300,    Fort Lauderdale, FL 33309
5184032         +E-mail/Text: bk@afsacceptance.com Apr 09 2020 19:53:52      AFS Acceptance, LLC,
                 1475 W Cypress Creek Rd #300,    Fort Lauderdale, FL 33309-1931
5177489          EDI: AFNIRECOVERY.COM Apr 09 2020 23:38:00      Afni,    PO Box 3517,
                 Bloomington, IL 61702-3517
5177492         +EDI: COMCASTCBLCENT Apr 09 2020 23:38:00      Comcast,    221 West Philadelphia Street,
                 York, PA 17401-2992
5177494         +EDI: NAVIENTFKASMDOE.COM Apr 09 2020 23:38:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
5177495         +EDI: AMINFOFP.COM Apr 09 2020 23:38:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
5177510          EDI: IRS.COM Apr 09 2020 23:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
5188600          EDI: LCIFULLSRV Apr 09 2020 23:38:00      COMCAST,    PO BOX 1931,    Burlingame, CA 94011
5177497         +E-mail/Text: Bankruptcies@nragroup.com Apr 09 2020 19:54:03      National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5207437          EDI: NAVIENTFKASMSERV.COM Apr 09 2020 23:38:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5177498         +EDI: NFCU.COM Apr 09 2020 23:38:00      Navy FCU,    Attn: Bankruptcy,    Po Box 3000,
                 Merrifield, VA 22119-3000
5177513          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:33      PA Department of Revenue,
                 Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5177499          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:33      PA Department of Revenure,
                 Attn:Bankruptcy,    Department 280946,    Harrisburg, PA 17128-0946
5205557          EDI: PRA.COM Apr 09 2020 23:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5204125         +E-mail/Text: csc.bankruptcy@amwater.com Apr 09 2020 19:54:01      Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
5177501         +EDI: PRA.COM Apr 09 2020 23:38:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
5192233         +EDI: JEFFERSONCAP.COM Apr 09 2020 23:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5177503          EDI: NEXTEL.COM Apr 09 2020 23:38:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
5177504         +EDI: ECMC.COM Apr 09 2020 23:38:00      U.S. Department of Education,    Ecmc/Bankruptcy,
                 Po Box 16408,    Saint Paul, MN 55116-0408
5177505          E-mail/Text: bkrcy@ugi.com Apr 09 2020 19:53:57      UGI UTILITIES, INC.,    P.O. Box 13009,
                 Reading, PA 19612-3099
5247584          EDI: ECMC.COM Apr 09 2020 23:38:00      US Department of Education,    PO Box 16448,
                 St. Paul, MN 55116-0448
5177508         +EDI: VERIZONCOMB.COM Apr 09 2020 23:38:00      Verizon,    500 Technology Drive.,    Suite 550,
                 Weldon Spring, MO 63304-2225
5203214          EDI: AIS.COM Apr 09 2020 23:38:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX 77210-4457
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt     on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 John E. DeLack  jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John E. DeLack, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–01223–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 9, 2020

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)