**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John E. DeLack | : | |
| | : | CASE NO. 1:19-bk-01223-HWV |
| Debtor | : | |

To the Clerk:

Please mark docket entry 40 as withdrawn.

Respectfully submitted,

LAW OFFICES OF JOHN M. HYAMS

March 1, 2021                              By:     /s/ John M. Hyams
                                                    John M. Hyams
                                                    2023 North 2nd Street
                                                    Harrisburg, PA  17102
                                                    (717) 520-0300
                                                    Attorney for Debtor