# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John E. DeLack

**Debtor 1**

Chapter: 13

Case No.: 1:19-bk-01223-HWV

Document No.: 40

Nature of Proceeding: Motion to Modify Confirmed Plan

## ORDER APPROVING WITHDRAWAL

IT APPEARING that been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed March 1, 2021 regarding Motion to Modify Confirmed Plan is APPROVED.

Dated: March 2, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)