IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANI
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| Vito J. Pizzo, | ) | |
| | ) | Case Number 5:20-bk-02417 |
| Debtor | ) | |
| | ) | Judge Honorable Robert N. Opel, II |

**REQUEST FOR SERVICE OF NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Attorney Jill M. Spott, Esquire, appears as counsel for Fidelity Deposit & Discount Bank, and requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Jill M. Spott, Esquire
    Attorney for Margaret Stinavage-Kipps
    108 North Abington Road
    Clarks Summit, PA 18411
    (570) 587-2600 – Telephone
    (570) 585-0313 - Facsimile
    jspottesq@sheilslaw.com

Dated: January 27, 2021                    /s/ Jill M. Spott_____
                                                          Jill M. Spott, Esquire
                                                          108 North Abington Road
                                                          Clarks Summit, PA 18411
                                                          (570) 587-2600 – Telephone
                                                          (570) 585-0313 - Facsimile
                                                          jspottesq@sheilslaw.com