United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-01223-HWV
John E. DeLack  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Nussbaum Transportation, 19336 N. 1425 Rd., Hudson, IL 61748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Easley | on behalf of Defendant JCAP Funding LLC aeasley@sessions.legal cgubala@sessions.legal |
| Aaron R. Easley | on behalf of Creditor Jefferson Capital Systems LLC aeasley@sessions.legal cgubala@sessions.legal |
| Brian C Nicholas | on behalf of Creditor Credito Real USA Finance bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Credito Real USA Finance bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 John E. DeLack jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Plaintiff John E. DeLack jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
:
John E. DeLack : CASE NO: 1:19-bk-01223-HWV
:
:
Debtor :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtor, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Nussbaum Transportation, 19336 N. 1425 Rd., Hudson, IL 61748, of John E. DeLack, is hereby directed to deduct $73.80 from John E. DeLack's weekly salary, commencing immediately and continuing thereafter for 15 months, and to remit the same to Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 1, 2023