Certificate Number: 06531-PAM-DE-039783078

Bankruptcy Case Number: 19-01223


06531-PAM-DE-039783078

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 18, 2025, at 9:23 o'clock PM CDT, John E Delack completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 18, 2025

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor