United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John E. DeLack  
    Debtor

Case No. 19-01223-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 18, 2025      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John E. DeLack, 300 Harvest Lane, Shippensburg, PA 17257-2000 |
| 5177490 | | AFS Acceptance, Attn: Bankruptcy, 1475 W Cypress Rd, Ste 300, Fort Lauderdale, FL 33309 |
| 5177496 | + | Hoffman Funeral Home and Crematory, 2020 W Trindle Rd, Carlisle, PA 17013-2604 |
| 5177511 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5249120 | | Office of Unemployment Comp. Benefits Policy, Dept. of L&I, Off. of Chief Counsel, 651 Boas St, Harrisburg, PA 17121 |
| 5177500 | + | PennDot, Restoration Services, PO Box 68693, Harrisburg, PA 17106-8693 |
| 5177506 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5177507 | + | Valley Storage, 833 W Siddonsburg Rd, Dillsburg, PA 17019-9320 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Sep 18 2025 22:37:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St. Cloud, MN 56303 |
| 5184032 | + | Email/Text: bk@afsacceptance.com | Sep 18 2025 18:40:00 | AFS Acceptance, LLC, 1475 W Cypress Creek Rd #300, Fort Lauderdale, FL 33309-1931 |
| 5177489 | | Email/Text: EBNProcessing@afni.com | Sep 18 2025 18:40:00 | Afni, PO Box 3517, Bloomington, IL 61702-3517 |
| 5177491 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 18 2025 18:40:00 | American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5188600 | + | EDI: COMCASTCBLCENT | Sep 18 2025 22:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5177492 | + | EDI: COMCASTCBLCENT | Sep 18 2025 22:37:00 | Comcast, 221 West Philadelphia Street, York, PA 17401-2992 |
| 5177493 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 18 2025 18:40:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5177509 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 18 2025 18:40:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5177494 | + | EDI: MAXMSAIDV | Sep 18 2025 22:37:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5177495 | + | EDI: AMINFOFP.COM | Sep 18 2025 22:37:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5177510 | | EDI: IRS.COM | Sep 18 2025 22:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5424895 | + | EDI: JEFFERSONCAP.COM | Sep 18 2025 22:37:00 | JCAP Funding LLC, PO Box 8001, St. Cloud MN 56302, JCAP Funding LLC, PO Box 8001, St. |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud MN 56302-8001 |
| 5424894 | + | EDI: JEFFERSONCAP.COM | Sep 18 2025 22:37:00 | JCAP Funding LLC, PO Box 8001, St. Cloud MN 56302-8001 |
| 5485499 | | EDI: JEFFERSONCAP.COM | Sep 18 2025 22:37:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5177497 | + | Email/Text: Bankruptcies@nragroup.com | Sep 18 2025 18:40:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5207437 | | EDI: MAXMSAIDV | Sep 18 2025 22:37:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5177498 | + | EDI: NFCU.COM | Sep 18 2025 22:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5177513 | | EDI: PENNDEPTREV | Sep 18 2025 22:37:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5177499 | | EDI: PENNDEPTREV | Sep 18 2025 22:37:00 | PA Department of Revenrue, Attn:Bankruptcy, Department 280946, Harrisburg, PA 17128-0946 |
| 5205557 | | EDI: PRA.COM | Sep 18 2025 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5177502 | ^ | MEBN | Sep 18 2025 18:37:27 | PPL Electric, Attn: Bankruptcy, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5204125 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 18 2025 18:40:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 5177501 | + | EDI: PRA.COM | Sep 18 2025 22:37:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5192233 | + | EDI: JEFFERSONCAP.COM | Sep 18 2025 22:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5177503 | | EDI: AISTMBL.COM | Sep 18 2025 22:37:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 5177512 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 18 2025 18:40:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5177504 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 18 2025 18:40:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 5177505 | | Email/Text: bkrcy@ugi.com | Sep 18 2025 18:40:00 | UGI UTILITIES, INC., P.O. Box 13009, Reading, PA 19612-3099 |
| 5247584 | | Email/Text: EDBKNotices@ecmc.org | Sep 18 2025 18:40:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5177514 | ^ | MEBN | Sep 18 2025 18:37:26 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5177508 | + | EDI: VERIZONCOMB.COM | Sep 18 2025 22:37:00 | Verizon, 500 Technology Drive., Suite 550, Weldon Spring, MO 63304-2225 |
| 5203214 | | EDI: AIS.COM | Sep 18 2025 22:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Easley | on behalf of Defendant JCAP Funding LLC aeasley@sessions.legal  kstein@sessions.legal |
| Aaron R. Easley | on behalf of Creditor Jefferson Capital Systems LLC aeasley@sessions.legal  kstein@sessions.legal |
| Denise E. Carlon | on behalf of Creditor Credito Real USA Finance bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Credito Real USA Finance bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 John E. DeLack jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Plaintiff John E. DeLack jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John E. DeLack<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5071<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01223-HWV | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John E. DeLack

9/18/25

**By the court:** /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2